IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**HERMAN LEE SMITH,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　Case No. 5:25-cv-237-AW-MJF

**SERGEANT KENT,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff, a pro se prisoner, did not comply with the court's rules because he did not accurately disclose his litigation history. The magistrate judge issued a report and recommendation, concluding the court should dismiss on this basis. ECF No. 4. Plaintiff has filed no objection to the report and recommendation.

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to disclose honestly and accurately his litigation history." The clerk will then close the file.

SO ORDERED on October 8, 2025.

                                            s/ *Allen Winsor*
                                            Chief United States District Judge